UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHELPS,<br><br>                              Plaintiff,<br><br>v.<br><br>C-TECH COLLECTIONS, INC.,<br><br>                              Defendant. | Case No.:  22-CV-514-JO(WVG)<br><br>**ORDER RESETTING START TIME OF FEBRUARY 6, 2023 TELEPHONIC STATUS CONFERENCE** |

  Due to a change in its availability, the Court RESETS the start time of the **February 6, 2023** Telephonic Status Conference from 1:00 p.m. to **1:30 p.m.** No other dates or times as set forth in the operative January 3, 2023 Order Granting Defendants Experian and Transunion's Request for Early Neutral Evaluation and Setting Early Neutral Evaluation Conference, Case Management Conference, and Telephonic Pre-Early Neutral Evaluation Conference are disturbed. (Doc. No. 23.)

  The Court will contact the first party and proceed to contact the remaining parties one at a time.  Each call may be short or lengthy. Counsel are required to be available for the Court's call beginning at the appointed time and remain available until they are called. If counsel has not received a call from chambers after 20 minutes, counsel is directed to

call chambers at (619) 557-6384.  If multiple counsel will appear for a party, all counsel shall call jointly.

**IT IS SO ORDERED.**

DATED: January 25, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge