# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYIESHA PHELPS,<br><br>Plaintiff,<br><br>v.<br><br>C-TECH COLLECTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., DIGNIFY, CAPITAL ONE AUTO FINANCE, BLOOMINGDALES, and CAPITAL ONE BANK, NA,<br><br>Defendants. | Case No. 3:22-cv-00514-JO-WVG<br><br>Hon. Jinsook Ohta<br><br>[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT TRANS UNION LLC |

Pursuant to the Motion to Substitute Counsel for Defendant Trans Union LLC, IT IS HEREBY ORDERED that: the substitution of Kyle Pietrzak as counsel for Defendant Trans Union LLC is permitted.

DATED: 3/3/23 2023.

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

6081817.1